## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

HSBC Bank USA, N.A.,

Plaintiff(s),

v.

Brian Bandow, et al.,

Defendant(s).

Case No. 13 C 50191
Judge Frederick J. Kapala

## ORDER

Motion hearing held. Counsel for plaintiff appears. Attorney Jason Kunowski appears on behalf of defendants and makes an oral motion for leave to file his appearance and answer in this case, which is granted. Appearance and answer to be filed on or before September 12, 2014. Plaintiff's motions for default [11] and to appoint special commissioner [12] are denied.

00:15

Date: 8/29/2014

Frederick J. Kapala, U.S. District Judge